SCWC-10-0000253

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI ,
Respondent/Plaintiff-Appellee,

vs.

EMILIO SORIA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP NO. 10-0000253; CASE NO. 1DTA-10-05767)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.)

Petitioner/Defendant-Appellant Emilio Soria's application for writ of certiorari, filed on November 15, 2011, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 21, 2011.

Timothy MacMaster for petitioner/defendant-appellant on the application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

